UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

JOE SHIELDS

    *Plaintiff on behalf of himself and* )
*all others similarly situated* )
    )
v. )   **CIVIL ACTION NO. 3:14-cv-00285**
    )
ULTIMATE VACATION GROUP, LLC )   Judge Gray H. Miller
d/b/a ROYAL BAHAMAS CRUISE LINE, )
CARIBBEAN CRUISE LINE, INC., )
CELEBRATION CRUISE LINE, LLC, and )
CELEBRATION CRUISES )
INTERNATIONAL LTD. CORP. )
    )
    *Defendants.* )
_____/

**DEFENDANTS CARIBBEAN CRUISE LINE, INC. AND CELEBRATION CRUISE LINE, LLC.'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

    Defendants, CARIBBEAN CRUISE LINE, INC. ("Caribbean") and CELEBRATION CRUISE LINE, LLC ("Celebration"), pursuant to Federal Rule of Civil Procedure 7.1, for their Disclosure Statement state as follows:

    1.    Caribbean's parent corporation is Resort Marketing Holdings, Inc., and Resort Marketing Holdings, Inc.'s parent corporation is Consolidated Travel Holdings, Inc.

    2.    No publicly held company owns 10% or more of the stock of Consolidated Travel Holdings, Inc., Resort Marketing Holdings, Inc., or Caribbean.

    3.    Celebration has no parent corporation and no publicly held corporation owns 10% or more of an ownership interest in Celebration

    DATED: January 13, 2015

21006945v1

Case No. 3:14-cv-00285

Respectfully submitted,

*/s/ Jeffrey A. Backman*
RICHARD EPSTEIN, ESQ.
Fla. Bar No. 229091
(Admission Pro Hac Vice)
richard.epstein@gmlaw.com
JEFFREY A. BACKMAN, ESQ.
Fla. Bar No. 662501
(Admission Pro Hac Vice)
jeffrey.backman@gmlaw.com
GREENSPOON MARDER, P.A.
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 491-1120
Facsimile: (954) 213-0140

GEORGE P. PAPPAS, ESQ.
Federal Bar No. 2905
Texas Bar No. 15454800
gpappas@sheehyware.com
JENNIFER D. CULLY, ESQ.
Federal Bar No. 431172
Texas Bar No. 24030026
jcully@sheehyware.com
SHEEHY, WARE  & PAPPAS, P.C.
909 Fannin Street, Suite 2500
Houston, TX 77010
Telephone: (713) 951-1067
Facsimile: (713) 951-1199

*Attorneys for Defendants Caribbean Cruise Line, Inc., and Celebration Cruise Line, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 13th day of January, 2015.  I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the

Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing electronically.

*/s/ Jeffrey A. Backman*_____
JEFFREY A. BACKMAN, ESQ.

Case No. 3:14-cv-00285

**SERVICE LIST**

**David Edwards Wynne, Esq,**
WYNNE & WYNNE LLP
1021 Main Street
Suite 1275
Houston, TX 77002
Telephone: 713-227-8835
Facsimile: 713-227-6205
Email: dwynne@wynne-law.com

*Attorneys for Plaintiff*


**Jason T. Wagner, Esq,**
WAGNER, SAENZ DORITY
3700 Buffalo Speedway
Suite 610
Houston, TX 77098
Telephone: 713-554-8450
Facsimile: 713-554-8451
Email: jwagner@wsdllp.com

**Joseph W. Sanscriante, Esq,**
LAW OFFICE OF JOSEPH W. SANSCRIANTE
1120 6th Avenue, 4th Floor
New York, NY 10036
Telephone: 212-626-6934
Facsimile: 212-626-6942
Email: jws@sanscriante.com

*Attorneys for Defendant Ultimate Vacation Group, LLC*
*d/b/a Royal Bahama Cruise Line*