**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| **JOE SHIELDS on behalf of himself and others similarly situated** § § § § | | |
| **VS.** § § | **CASE NO. 3:14-CV-00285** | |
| **ULTIMATE VACATION GROUP LLC d/b/a ROYAL BAHAMAS CRUISE LINE, CARIBBEAN CRUISE LINE, INC., CELEBRATION CRUISES INTERNATIONAL LIMITED CORP.** § § § § § | **JUDGE GEORGE HANKS, JR.** | |

**JOINT MOTION TO DISMISS DEFENDANT ULTIMATE VACATION GROUP, LLC
D/B/A ROYAL BAHAMA CRUISE LINE WITH PREJUDICE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

JOE SHIELDS, Plaintiff, and ULTIMATE VACATION GROUP, LLC D/B/A ROYAL BAHAMA CRUISE LINE ("Ultimate"), Defendant, files this their Joint Motion to Dismiss Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line with Prejudice, and would respectfully show the Court as follows:

1. Plaintiff no longer wishes to pursue his claims made in his pleadings and motions against Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line.

2. For this reason, Plaintiff and Ultimate jointly move this Court for entry of an order whereby all of Plaintiff's claims and causes of action against Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line are dismissed with prejudice to the re-filing of same.

WHEREFORE PREMISES CONSIDERED, Plaintiff Joe Shields and Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line jointly and respectfully request that the Court grant this Joint Motion to Dismiss Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line with Prejudice, enter an Order whereby all of Plaintiff's claims and causes of action against Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line are dismissed with prejudice to the re-filing of same, and for such other and further relief to which they may be entitled.

Respectfully submitted,

By: /s/**David E. Wynne**
David E. Wynne
Attorney-in-Charge
State Bar No. 24047150
Federal Bar No. 566468
dwynne@wynne-law.com
1021 Main Street, Suite 1275
Houston, Texas 77002
Telephone:  (713) 227-8835
Facsimile:  (713) 227-6205

OF COUNSEL:

**WYNNE & WYNNE LLP**
Kenneth R. Wynne
State Bar No. 22110000
Federal Bar No. 837
kwynne@wynne-law.com
1021 Main Street, Suite 1275
Houston, Texas 77002
Telephone:   (713) 227-8835
Facsimile:    (713) 227-6205

**ATTORNEYS FOR PLAINTIFF
JOE SHIELDS**

                                              By:/s/***Jason Wagner***
                                                  Jason Wagner
                                                  Attorney-in-Charge
                                                  State Bar No. 00795704
                                                  Federal Bar No. 20325
                                                  jwagner@wsdllp.com
                                                  1010 Lamar Street, Suite 425
                                                  Houston, Texas 77002
                                                  Telephone:   (713) 554-8450
                                                  Facsimile:    (713) 554-8451

OF COUNSEL:

**WAGNER SÁENZ DORITY, L.L.P.**
Jeremy Saenz
State Bar No. 24033028
Federal Bar No. 36212
jsaenz@wsdllp.com
1010 Lamar Street, Suite 425
Houston, Texas 77002
Telephone:   (713) 554-8450
Facsimile:    (713) 554-8451

**ATTORNEYS FOR DEFENDANT
ULTIMATE VACATION GROUP LLC
D/B/A ROYAL BAHAMA CRUISE
LINE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Joint Motion to Dismiss Defendant Ultimate Vacation Group, LLC d/b/a Royal Bahama Cruise Line with Prejudice** was served, pursuant to Federal Rule of Civil Procedure 5, via ECF, on this the 11th day of August, 2015, to:

Jason Wagner
Wagner Saenz Dority, L.L.P.
1010 Lamar Street, Suite 425
Houston, Texas 77002
Facsimile: (713) 554-8451
Email: jwagner@wsdllp.com
(*Attorneys for Ultimate*)

Richard Epstein & Jeffrey Backman
Greenspoon Marder, P.A.
200 East Broward Bouelvard, Suite 1800
Fort Lauderdale, Florida 33301
Facsimile: (954) 213-0140
Email: richard.epstein@gmlaw.com and jeffrey.backman@gmlaw.com
(*Attorneys for Cruise Line Defendants*)

/s/***Jason Wagner***
Jason Wagner

_____