IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS | § | |
| | § | |
| *Plaintiff on behalf of himself and* | § | |
| *all others similarly situated* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:14-cv-00285 |
| | § | |
| ULTIMATE VACATION GROUP LLC | § | JURY DEMANDED |
| d/b/a ROYAL BAHAMA CRUISE LINE, | § | |
| CARIBBEAN CRUISE LINE, INC., | § | |
| CELEBRATION CRUISE LINE, LLC, | § | |
| CELEBRATION CRUISE HOLDING, INC., | § | |
| NATIONWIDE RESERVATIONS, LLC, and | § | |
| BAHAMAS PARADISE CRUISE LINE, LLC | § | |
| | § | |
| *Defendants* | § | |

## MOTION TO TEMPORARILY SEAL DOCUMENTS

Joe Shields ("Plaintiff") files this motion to temporarily seal Exhibit A attached to his Reply to Defendants Celebration Cruise Line, Caribbean Cruise Line, Celebration Cruise Holding, Nationwide Reservations, and Bahamas Paradise Cruise Line's Joint Response regarding their Motions to Dismiss (Doc. 85) as follows:

Exhibit A (Doc. 85-1) includes emails produced by Defendants and marked confidential. They are therefore required to be sealed pursuant to the Protective Order entered in this case (Doc. 29). However, Plaintiff has provided notice to the Defendants on August 11, 2015 that they have not designated the emails confidential in good faith and have no reasonable basis for having done so, because the subject emails do not satisfy any of the requirements for having been designated confidential according to the Protective Order (Doc. 29). Defendants have refused to articulate any grounds for having sealed the email communication at this time. Thus, unless the Defendants move the Court and satisfy their burden to keep the emails sealed, Plaintiffs respectfully request

that the Court unseal Exhibit A (Doc. 84-1) on September 11, 2015 according the Protective Order procedures for sealing and unsealing records.

                          Respectfully submitted,

                          WYNNE & WYNNE LLP

By: */s/ David E. Wynne*
David E. Wynne
Fed. No. 566468
State Bar No. 24047150
1021 Main Street, Suite 1275
One City Centre
Houston, TX  77002
(713) 227-8835 (Telephone)
(713) 227-6205 (Facsimile)
dwynne@wynne-law.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF and PLAINTIFF CLASS**

OF COUNSEL:

Kenneth R. Wynne
Texas Bar No. 22110000
Fed. No. 837
WYNNE & WYNNE LLP
1021 Main Street, Suite 1275
One City Centre
Houston, TX  77002
(713) 227-8835 (Telephone)
(713) 227-6205 (Facsimile)
kwynne@wynne-law.com

## CERTIFICATE OF CONFERENCE

      The undersigned conferred with opposing counsel on August 11 and 12, 2015 regarding the relief requested in this motion, and they are agreed to sealing the exhibit and to the procedures outlined in the Protective Order for keeping the exhibit under seal.

                          */s/ David E. Wynne*
                          David E. Wynne

**CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing has been served on all counsel of record either electronically pursuant to the court's ECF noticing system, direct e-mail or facsimile on this the 12th day of August, 2015.

Jason Wagner
Wagner Sáenz Dority, L.L.P.
1010 Lamar, Suite 425
Houston TX 77002

Jeffrey A. Backman
Brian Cummings
Richard W. Epstein
Greenspoon Marder Law
200 East Broward Blvd., Suite 1800
Fort Lauderdale FL 33301

George P. Pappas
Jennifer D. Cully
Sheehy, Ware & Pappas, P.C.
909 Fannin
2500 Two Houston Center
Houston TX 77010

                                                                                              */s/ David E. Wynne*
                                                                                             David E. Wynne