United States District Court
Southern District of Texas
**ENTERED**
November 23, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JOE SHIELDS, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:14-CV-285 |
| | § | |
| ULTIMATE VACATION GROUP LLC | § | |
| D/B/A ROYAL BAHAMAS CRUISE | § | |
| LINE, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

On this day came on to be heard the Plaintiff's Motion for Dismissal with Prejudice, and the Court is of the opinion that said relief should be **GRANTED**.

It is therefore ORDERED that all claims and causes of action asserted herein by Plaintiff against Defendants, Caribbean Cruise Line, Inc., Celebration Cruise Line, LLC, Celebration Cruise Holding, Inc., Nationwide Reservations, LLC and Bahamas Paradise Cruise Line, LLC are dismissed with prejudice.

It is further **ORDERED** that each party shall bear their respective costs of court.

SIGNED at Galveston, Texas, this 23rd day of November, 2015.

_____
George C. Hanks, Jr.
United States District Judge